IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFERY ALLEN McCLELLAN, #277145, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO 2:16-cv-363-WHA |
| ) | |
| KARLA JONES, ) | (WO) |
| ) | |
| Defendant. ) | |

**<u>ORDER</u>**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #14), entered on July 8, 2016. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. The motion for preliminary injunction filed by the Plaintiff is DENIED.

2. This case is referred back to the Magistrate Judge for further proceedings.

DONE this 2nd day of August, 2016.

/s/   W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE